UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JESSICA BRACONE | ) | CASE NO. 2:12-cv-531 |
| | ) | |
| on behalf of herself | ) | JUDGE EDMUND A. SARGUS |
| and all others similarly situated, | ) | |
| | ) | MAGISTRATE JUDGE |
| Plaintiff, | ) | NORAH McCANN KING |
| | ) | |
| vs. | ) | **ORDER ADOPTING JOINT** |
| | ) | **STIPULATION TO CONDITIONAL** |
| SCAFFIDI'S PASTA LLC | ) | **CERTIFICATION AND NOTICE** |
| | ) | |
| Defendant. | ) | |

On August 2, 2012, the parties filed a Joint Stipulation to Conditional Certification and Notice (Document No. 9), jointly agreeing to conditionally certify the present collective action and provide notice to the putative class members of Plaintiff's claims. Attached to the Joint Stipulation was a Notice to Potential Class Members which was issued to potential plaintiffs on August 10, 2012. The parties' proposed notice period ends on September 10, 2012.

The Court hereby adopts and approves the parties' Joint Stipulation to Conditional Certification and Notice, and authorizes the Notice to be issued to potential class, defined in the Joint Stipulation and Notice as "all former and current servers employed by Scaffidi's Pasta at any time between August 10, 2009 and the present."

8-30-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE